UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

CHARLES SMITH

Plaintiff(s),

vs.

PAUL ANDERSON

Defendant(s).

15CV2330
JUDGE KOCORAS
MAG. JUDGE FINNEGAN

RECEIVED

MAR 1 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is CHARLES ELLIOTT SMITH.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _PAUL Anderson #2581_, is
   (name, badge number if known)

   ☒ an officer or official employed by _Illinois Department of Corrections_,
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Illinois Department of Corrections_ As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _MAR 24, 2014_, at approximately _11:00_ ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _Stateville Correctional Center_, in the County of _Will_,
   State of Illinois, at _16830 IL-53 Crest Hill, IL 60403_,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____

   _____

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☒ Other: *I was charged with violating my PRB order which I did not and was held in custody.*

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

On March 24, 2014, I was shipped to Stateville Correctional Center via Cook County Jail. I was to be released given the fact I had served my imposed sentenced 1yr @ 50%. (7mths served in CCJ) **EX A** However, IDOC did not release me. Instead an invalid warrant was issued for my arrest which kept me into custody **EX B** On April 4, 2014 I was shipped to Hill C.C. This warrant stated I failed to comply w/ Rule #16 "In that I was mandated by the PRB to be supervised on Electronic monitoring" **EX C** However, I was not mandated by the PRB to be monitored on Electronic monitoring. This warrant subjected me to false arrest and false imprisonment.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Plaintiff suffered emotional distress, pain and suffering, loss of enjoyment of life and mental anguish.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Charles Smith*

Plaintiff's name *(print clearly or type)*: CHARLES SMITH

Plaintiff's mailing address: 1939 N. LaSalle

City: Indpls  State: IN  ZIP: 46218

Plaintiff's telephone number: (847) 660-4071

Plaintiff's email address *(if you prefer to be contacted by email)*: CHARLESSMITH15100@gmail.com

CHARLESSMITH15100@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes [X] No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5



S-26

```
                 ILLINOIS DEPARTMENT OF CORRECTIONS              PAGE   1
                    OFFENDER TRACKING SYSTEM    RM       RUN DATE    5/14/14
                    OFFENDER CUSTODY HISTORY             RUN TIME   11.57.03


   NAME: SMITH, CHARLES              IDOC #: R06524
   DATE OF BIRTH:    12/16/1978      CURRENT STATUS: IN CUSTODY
                                     CURRENT LOCATION : HILL

 RECORDED PERIODS OF IDOC INCARCERATION

  MVMT DATE    MVMT TYPE          PARENT INST
→ 03/24/2014   ADMIT IN           STATEVILLE
→ 03/24/2014   PAROLE OUT         STATEVILLE
→ 03/24/2014   ADMIT IN           STATEVILLE
  01/07/2010   DISCHARGE OUT      CENTRALIA
  11/15/2009   ADMIT IN           STATEVILLE
  09/23/2008   PAROLE OUT         PONTIAC
  08/20/2008   ADMIT IN           STATEVILLE
  05/12/2008   PAROLE OUT         BIG MUDDY RIVER
  01/23/2008   ADMIT IN           STATEVILLE
  01/18/2008   PAROLE OUT         ILLINOIS RIVER
  08/22/2001   ADMIT IN           JOLIET

 MITT/SENTENCE INFORMATION

                                                          CLASS YR  MO   DAY
 13C66112101  COOK            REVOKED/SUSPENDED 2ND DUI    CL:4 0001 00 0000
 MITT ADMIT: 03/24/2014  SENT DATE: 03/21/2014   DISC/REM DATE:

 2001CF126    LA SALLE       CRIM SEX ASSAULT/CANT CONSENT  CL:1 0008 00 0000
 MITT ADMIT: 08/22/2001  SENT DATE: 08/16/2001   DISC/REM DATE: 12/26/2009
```

* THE CUSTODY HISTORY REPRESENTED IN THIS DOCUMENT IS TAKEN FROM THE
ELECTRONIC RECORDS MAINTAINED IN THE ILLINOS DEPARTMENT OF CORRECTIONS BASED ON
MASTER FILE PAPER RECORDS.  MASTER FILES FOR EACH OFFENDER ARE CURRENTLY KEPT
IN STORAGE AT DIFFERENT ILLINOIS DEPARTMENT OF CORRECTIONS FACILITIES AROUND
THE STATE BASED ON THE LOCATION OF THE OFFENDER UPON REACHING DISCHARGE FOR
THAT INCARCERATION FROM THE ILLINOIS DEPARTMENT OF CORRECTIONS.  THE ELECTRONIC
CUSTODY HISTORY DOCUMENT WAS CREATED IN AN EFFORT TO PROVIDE AN OVERVIEW OF THE
CUSTODY HISTORY OF AN OFFENDER, TO PROCESS THE REQUEST MORE EFFICIENTLY, TO
CUT THE COSTS, AND TO IMPROVE THE HANDLING TIME.

        RECORD OFFICER/DESIGNEE: _____





**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Parole Violation Report

D210

Smith, Charles _____ R06524 _____
Offender's Name                                      ID#

### Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

- ☐ 1. Violation of any criminal statute.
- ☐ 2. Possession of a firearm or other dangerous weapon.
- ☐ 3. Failure to report to your agent.
- ☐ 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.
- ☐ 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.
- ☐ 6. Failure to secure permission before visiting or writing a committed person in a Department facility.
- ☐ 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.
- ☐ 8. Failure to obtain permission of your agent before leaving the State of Illinois.
- ☐ 9. Failure to obtain permission of your agent before changing your residence or employment.
- ☐ 10. Failure to consent to search of your person, property, or residence under your control.
- ☐ 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.
- ☐ 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.
- ☐ 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.
- ☐ 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.
- ☐ 15. Failure to follow any specific instructions provided by your agent, specifically: _____
- ☒ 16. Failure to comply with the following additional conditions of release: __Electronic Monitoring__

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _April 7_, 20_14_ at _9:00_ ☐ a.m. ☐ p.m.
at: _NRC_

Note: If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐ Initials  **A. Postpone:** I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:

_____, 20_____ at _____ ☐ a.m. ☐ p.m.

☐ Initials  **B. Waive (Illinois Offenders Only):** I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.

☐ Initials  **C. Waive (Adult Interstate Compact Only):** I admit guilt and waive my preliminary hearing.

I have received a copy of this Notice of Charges:

_Charles Smith_ _____ on _3/27/14_
Offender's Signature                                 Date

A copy of this notice was delivered to the alleged violator by:

_T. Howard_ _____ _C/O_
Print Name                                      Title

_T. Howard_ _____ on _3/26/14_
Signature                                       Date

Distribution: Offender; Releasing Authority; Offender's Case File; Parent Field Services Representative; AMS; Hearing Officer; if FOS, Interstate Compact

Page 3

Printed on Recycled Paper

DOC 0071 (Rev 04/2007)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
# Parole Violation Report

**Section A: Violation Details**

Offender: Smith, Charles          Alias: _____          ID#: R06524

Parent Facility: Stateville CC          County of Violation: _____          Date of Birth: 12/16/1978

Program released to: PAROLE          Level of Supervision: S1

Gender: ☒ Male ☐ Female   Race: ☐ Caucasian ☒ African American ☐ Asian ☐ Hispanic ☐ Native American ☐ Other _____

FBI#: 328866JB2          I.R.#: _____          CCJ#: _____

Release Date: 03/24/2014          Sentence Exp. Date: 03/24/2015          Violation Date: 03/24/2014

Custody Facility: Stateville CC          Custody Date: 03/24/2014

Offense(s): FTC-RULE #16 FAILURE TO PROVIDE A HOST SITE FOR ED.

IDOC Warrant #: QA 1402685          Date Warrant Issued: 03/24/2014

Parolee Charles Smith is currently on parole for the following offenses (list all mittimus offenses) REVOKED/SUSPENDED 2ND DUI and was incarcerated from 08/25/2013 to 03/24/2014. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information): OFFENDER IS IN VIOLATION OF THE RULE #16 IN THAT HE IS MANDATED BY THE PRISONER REVIEW BOARD TO BE SUPERVISED ON ELECTRONIC MONITORING. THIS AGENCY ATTEMPTED TO PLACE THE OFFENDER AT (ALL) PLACES WITH FAMILY AND /OR FRIENDS IN THE COMMUNITY AND NO SUITABLE HOST SITE WAS FOUND TO SUPERVISE THE OFFENDER ON ELECTRONIC MONITORING. THIS AGENCY ATTEMPTED TO PLACE THE OFFENDER AT (ALL) PLACES THAT THE ILLINOIS DEPARTMENT OF CORRECTIONS WOULD PAY FOR AND THE PAID PLACEMENTS FOR ANY NUMBER OF REASONS COULD NOT ACCEPT THE OFFENDER. THE OFFENDER IS UNABLE TO FULFILL THE MANDATE OF ELECTRONIC MONITORING PLACED ON HIM BY THE PRISONER REVIEW BOARD.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information): N/A

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No ☐ Yes          Offender has been an absconder since (support in your narrative): _____

Did the offender make any contacts to AMS while an absconder? ☒ No ☐ Yes          If yes, dates of contacts: _____

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees.

Prior mittimus offense(s) and conviction date(s): N/A

Offender currently resides with: (include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.) N/A

Where was the offender's approved host site? _____          Can the offender return to this host site? ☒ No ☐ Yes

If no, state why and also what other host site options does the offender have? _____

Offender was employed at time of arrest/alleged violation with: _____ for _____ week(s) _____ month(s) _____ year(s).

Did the offender attend school at time of arrest/alleged violation? ☐ No ☐ Yes   If yes, level of education: _____

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15, referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports): _____

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available): _____

Does parolee have:

State ID   ☐ Yes   ☐ No   ☐ Unknown          Driver's License   ☐ Yes   ☐ No   ☐ Unknown

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Birth Certificate ☐ Yes ☐ No ☐ Unknown  Social Security Card ☐ Yes ☐ No ☐ Unknown
If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance:

Offender attending or enrolled in sex offender treatment with (provider):    at (address):    for (length of time and progress - attach progress notes):

Is this current arrest or alleged violation a sex related offense? ☐ No ☐ Yes    Relationship to victim:

List the offender's overall successes that will assist in providing support upon re-entry to the community:
☐ Supportive Immediate Family System
☐ Supportive Friends/Extended Relatives System
☐ Supportive Community Resources (List) :
☐ Employable Skills (List) :
☐ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance):

**Agent's Institutional and Release Recommendation:**

Is diversion recommended for this parolee ? ☐ No ☐ Yes    Support your recommendation using the three (3) diversion criteria :

Recommended changes to current PRB orders and justification:

Recommended time to be served and justification:

Other recommendations and justification:

Attachments: ☐ Sanction Form    ☐ Police Report    ☐ Other (specify):

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| P. Anderson  H-27 | 2581 | *Paul Anderson* (signature) | 03/24/2014 |
|---|---|---|---|
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

**Supervisor Comments** (if any - supervisor must specifically review the diversion review recommendation and concur/non-concur): NO FAMILY OR FRIENDS TO LIVE WITH AND NO VENDOR BEDS IN COOK COUNTY.

| C. Ruffin | H47 | *C. Ruffin* (signature) | 3/25/14 |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

Section B: Notice of Charges must be completed at the same time this section is completed



**STATE OF ILLINOIS**
**Prisoner Review Board Order**

Facility: STATEVILLE C.C./NRC

Date: 3/25/14

Offender Name: SMITH, CHARLES (Last, First M.I.)    ID#: R06524

Is the offender currently residing in an Adult Transition Center?
☒ No    ☐ Yes – Identify time in the community: _____

Clinical Services Recommendations for Release: SUBSTANCE ABUSE COUNSELING, CLOSE SUPERVISION (2X/MO, 6 MO PERIOD), REGISTER AS SEX OFFENDER

Counselor: _[signature]_    Supervisor: _[signature]_

**Board Action:**
☐ Mandatory Supervised Release Approved - Effective when eligible
☐ Released Prior to Hearing
☐ Statutory Parole Approved

CONDITIONS: The releasee is obligated to obey the general rules governing parolees or mandatory supervised releasees and the following special order(s):

1. ☒ Substance Abuse Counseling - (CD) (To include evaluation for need and/or completion of recommended counseling program.)
2. ☐ Anger Management Counseling - (CG) (To include evaluation for need and/or completion of recommended counseling program.)
3. ☐ Sex Offender Counseling - (CX) (To include evaluation for need and/or completion of recommended counseling program.)
4. ☐ Outpatient Mental Health Counseling - (CP) (To include evaluation for need and/or completion of recommended counseling program.)
→ 5. ☐ Electronic Monitoring - (CE) For a period of _____
   (Electronic Monitoring shall not be removed prior to this time unless approved by the Prisoner Review Board. Any Illinois Department of Corrections request for Electronic Monitoring removal shall be submitted with a current progress report.)
6. ☐ No Victim Contact - (CT) _____
7. ☐ No Computer or Internet Access - (CC)
   (Includes any type of access through a computer, Web TV, cell phone, personal digital assistant (PDA), or any other device without prior approval by your parole agent. Approval for internet access may only be made for employment and school related activities. You are prohibited from establishing a profile or utilizing someone else's profile on a social networking website and from contacting or communicating with minors on these sites.)
8. ☐ Domestic Violence Counseling – (DV)
9. ☒ Close Supervision – (CV) Specific check times: Weekly
   (These reporting instructions are in addition to those given by your IDOC Agent.)
→ 10. ☐ GPS – (GP) To be used for cases Mandated by State Law or per IPRB/IDOC Agreement
11. ☒ Other - (CO) MUST REGISTER AS A SEX OFFENDER

For the Board
Signature: _[signature]_    Date: MAR 26 2014
Signature: _[signature]_    Date: _____
Signature: _[signature]_    Date: _____

**For use during personal interviews only:**
I hereby attest that I have been served the above noted conditions of my parole/mandatory supervised release and understand that failure to follow these conditions may result in the revocation of my parole.

Releasee's Signature: _____    Date: _____

Distribution: Prisoner Review Board, Master File
Releasee, Field or Clinical Services

Printed on Recycled Paper    DOC 0271 (Rev 12/2013)